UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CHRISHENDRAL DAVENPORT**  **CIVIL ACTION**

**VERSUS**  **NO. 24-842-JWD-RLB**

**WALMART, INC.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 23, 2025 (Doc. 11), to which no objection was filed;

**IT IS ORDERED** that Defendant Walmart Inc.'s Rule 12(b)(6) Motion to Dismiss (Doc. 9) is **GRANTED** such that Plaintiff's case shall only be dismissed without prejudice and with leave to amend.

**IT IS FURTHER ORDERED** that Plaintiff is granted leave to amend her Complaint within **fourteen (14) days** of this Opinion. Should Plaintiff fail to comply and file an amended complaint to cure her deficiencies as mentioned in the report and recommendation (Doc. 11), her case will be dismissed with prejudice.

Signed in Baton Rouge, Louisiana, on August 8, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**